FILED

1
2
3                                                           CLERK, U.S. DISTRICT COURT
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8   UNITED STATES OF AMERICA,        )
                                     )
9            Plaintiff,              )
                                     )
10      v.                           )    2:10-CR-244-PMP (RJJ)
                                     )
11   FERNANDO CORONEL-ZAMORA,        )
                                     )
12            Defendant.             )

13                       **FINAL ORDER OF FORFEITURE**

14      On October 21, 2010, the United States District Court for the District of Nevada entered a
15 Preliminary Order of Forfeiture (Docket #41) pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title
16 21, United States Code, Section 853(a)(2); Title 21, United States Code, Section 881(a)(11) and Title
17 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d)(1) and Title
18 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant FERNANDO
19 CORONEL-ZAMORA to criminal offense, forfeiting specific property alleged in the Indictment (#1)
20 and shown by the United States to have a requisite nexus to the offense to which defendant
21 FERNANDO CORONEL-ZAMORA pled guilty.

22      This Court finds the United States of America published the notice of the forfeiture in
23 accordance with the law on October 28, 2010, November 4, 2010, and November 11, 2010, in the Las
24 Vegas Review-Journal/Sun, of their right to petition the Court. #45.

25      This Court finds no petition was filed herein by or on behalf of any person or entity and the
26 time for filing such petitions and claims has expired.

1    This Court finds no petitions are pending with regard to the assets named herein and the time
2    for presenting such petitions has expired.

3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6    32.2(c)(2); Title 21, United States Code, Section 853(a)(2); Title 21, United States Code, Section
7    881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code,
8    Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code,
9    Section 853(n)(7) and shall be disposed of according to law:

10       a)    a Ruger, model Security-Six, .357 caliber, six-shot revolver with black grips,
11             bearing serial number 155-12881; and
12       b)    any and all ammunition ("property").

13   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
14   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
15   any income derived as a result of the United States of America's management of any property forfeited
16   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

17   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
18   certified copies to the United States Attorney's Office.
19   DATED this _10th_ day of _Jan_, 2011.

                                         _____
21                                       UNITED STATES DISTRICT JUDGE