UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         Plaintiff,                            )<br>                                              )<br>vs.                                          )<br>                                              )<br>FERNANDO CORONEL-ZAMORA )<br>         Defendant.                        )<br>_____) | 2:10-CR-00244-PMP-RJJ-2<br><br>**ORDER** |

Having read and considered Defendant's "Fast Track Petition" (Doc. #53) filed June 6, 2012, and the Government's Response in Opposition thereto (Doc. #55), and it clearly appearing that the "Fast Track" program to which Defendant refers in his motion is inapplicable to his case, and good cause appearing,

**IT IS ORDERED** that Defendant Corornel- Zamora's "Fast Track Petition" (Doc. #53) is **DENIED**.

Dated: June 20, 2012.

_____
PHILIP M. PRO
United States District Judge